SEALED
FILED
OCT 22 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-10088 |
| ) | |
| ROGELIO BARAJAS, ) | VIO: Title 21, United States |
| ) | Code, Sections 846, |
| Defendant. ) | 841(b)(1)(A), 843(b), and 843(d) |

INDICTMENT

THE GRAND JURY CHARGES:

Count One

(Drug Trafficking Conspiracy)

1.   From in or about 2002 and continuing through at least in or about July 2007, in the Central District of Illinois and elsewhere, the defendant,

ROGELIO BARAJAS,

did knowingly conspire with persons known to the grand jury and persons unknown to the grand jury to violate the laws of the United States, that is: to knowingly distribute and knowingly possess with intent to distribute a mixture and substance containing cocaine and a mixture and substance containing cocaine base (crack), both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. The conspiracy involved more than five (5) kilograms of a mixture and substance containing cocaine and more than fifty (50) grams of a mixture and substance containing cocaine base (crack), in violation of Title 21 United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNTS TWO THROUGH FOUR

### (Use of Telephone in Furtherance of Drug Trafficking Crime)

On or about the dates and times set forth in the chart below, in the Central District of Illinois and elsewhere, the defendant,

**ROGELIO BARAJAS,**

did knowingly and intentionally use a communication facility, to wit: a telephone, to commit and to cause and facilitate the commission of an act and acts constituting a felony under Title 21, United States Code, Section 846, which is the offense of conspiracy charged in Count One of this indictment.

| Count | Date | Approximate Time |
|-------|------|------------------|
| 2 | 1/24/2006 | 4:00 p.m. |
| 3 | 1/25/2006 | 4:22 p.m. |
| 4 | 3/2/2006 | 3:39 p.m. |

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

A true bill,

s/ Foreperson

_____
Foreperson

s/ Assistant U.S. Attorney

_____
RODGER A. HEATON
UNITED STATES ATTORNEY
grw