AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)           Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
для the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rogelio Barajas | ) Case No: | 08-CR-10088-001 |
| | ) USM No: | 41031-424 |
| Date of Original Judgment: 11/13/2009 | ) | |
| Date of Previous Amended Judgment: 01/20/2011 | ) George F Taseff | |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* | |

FILED
JAN 08 2015
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___108___ months **is reduced to** ___86 months___.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___01/20/2011___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1/8/2015

**Joe B McDade**
*Judge's signature*

Effective Date: ___11/01/2015___
*(if different from order date)*

Joe B McDade, Senior U.S. District Judge
*Printed name and title*