TRULINCS  41031424 - BARAJAS, ROGELIO - Unit: SST-K-A

---

FROM: 41031424
TO: Saucedo, Ruben
SUBJECT: Thank You letter
DATE: 01/08/2015 01:57:19 PM

⇔41031-424⇔
Usdistrict Court
Clerk OF Court
100 N.E. Monroe ST.
Peoria, IL 61602
United States

FILED
JAN 12 2015
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

CLERK OF THE COURT

Dear Honorable Judge Joe Billy McDade,

  Allow me to express my family's gratitude as well as mine also for another chance to continue my previous life. This time without dealing drugs or breaking any other laws wether state or federal. The pending motion as to reduction was recently granted by all parties. An amendment 782 has been warranted and ordered. This news has been the biggest Christmas gift i have ever received in my life from any one i will remember and make this gift count. Thank You for your time and due consideration to the nature.
              Truly, Rogelio Barajas

              Reg., No. 41031-424
              Sandstone F.C.I
              Sandstone, MN 55072